IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.: 4:10cr35-SPM

MICHAEL PIERRE
  a/k/a "Coco"

            Defendant.

_____/

## ORDER OF COMPETENCY

The parties have had an opportunity to review the forensic report (doc. 74) and request a competency hearing if they still had reason to question Defendant's competency to proceed with this case. No such request has been filed. Upon its own review, the Court finds all reasonable doubts have been dispelled as to Defendant's competency. Whereupon, it is

ORDERED AND ADJUDGED that Defendant Michael Pierre is competent. He is able to understand the nature and consequences of the proceedings against him and to assist his attorney in his own defense.

DONE AND ORDERED this 27th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge